UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

13 FEB -8 AM 9:07

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

MARIO GOMEZ-ARRIAGA,

          Defendant.

CASE NO. 12CR5000-BTM

JUDGMENT OF DISMISSAL
(Rule 48, F.R.Crim.P.)

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: __21 USC 952 and 960.__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: FEBRUARY 7, 2013

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____